THOMAS A. WOODS (SB #210050)
thomas.woods@stoel.com
BRYAN L. HAWKINS (SB #238346)
bryan.hawkins@stoel.com
STOEL RIVES LLP
500 Capitol Mall, Suite 1600
Sacramento, CA  95814
Telephone:  (916) 447-0700
Facsimile:  (916) 447-4781

Attorneys for Defendant
SELECT PORTFOLIO SERVICING, INC.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| CHARLES HAWKINS, an individual; and ODESSER H. HAWKINS, an individual,<br><br>Plaintiffs,<br><br>v.<br><br>BANK OF AMERICA N.A., a business entity; SELECT PORTFOLIO SERVICING, INC., a business entity; and DOES 1-50 inclusive,<br><br>Defendants. | Case No. 2:16-cv-00827-MCE-CKD<br><br>**STIPULATION TO EXTEND TIME TO RESPOND TO COMPLAINT; ORDER THEREON**<br><br>(Sacramento Superior Court Case No. 34-2016-00191260)<br><br>Action Filed:       March 4, 2016 |

**TO THE COURT, ALL PARTIES, AND TO THEIR ATTORNEYS OF RECORD:**

Plaintiffs Charles Hawkins and Odesser H. Hawkins (collectively, "Plaintiffs") and Defendant Select Portfolio Servicing, Inc. ("SPS"), by and through their counsel of record, hereby agree to a 7-day extension of SPS's time to respond to Plaintiffs' Complaint.  Pursuant to this Stipulation, SPS's deadline to respond is continued from April 28, 2016, to and through May 5, 2016.

Plaintiffs and Defendant so stipulate.

///

///

1

2   DATED: April 28, 2016

3                                                                STOEL RIVES LLP

4

5                                                                By: /s/ Bryan L. Hawkins
                                                                 THOMAS A. WOODS
                                                                 BRYAN L. HAWKINS
6                                                                Attorneys for Defendant
                                                                 SELECT PORTFOLIO SERVICING, INC.
7

8   DATED: April 28, 2016

9                                                                LOUIS AND WHITE, PC

10

11                                                               By: /s/s Andrey R. Yurtsan (as authorized on 4/28/2016)
                                                                 ANDREY R. YURTSAN
12                                                               Attorneys for Plaintiffs
13                                                               CHARLES HAWKINS and ODESSER H. HAWKINS

14

15                                         **ORDER**

16

17   Pursuant to the terms of the foregoing stipulation, Defendant Select Portfolio Servicing, Inc.'s response to Plaintiffs' Complaint is due by May 5, 2016.

18   IT IS SO ORDERED.

19   Dated: May 4, 2016

20

21   _____
     MORRISON C. ENGLAND, JR., CHIEF JUDGE
22   UNITED STATES DISTRICT COURT

23

24

25

26

27

28