THOMAS A. WOODS (SB #210050)
thomas.woods@stoel.com
BRYAN L. HAWKINS (SB #238346)
bryan.hawkins@stoel.com
STOEL RIVES LLP
500 Capitol Mall, Suite 1600
Sacramento, CA 95814
Telephone: (916) 447-0700
Facsimile: (916) 447-4781

Attorneys for Defendant
SELECT PORTFOLIO SERVICING, INC.

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

### SACRAMENTO DIVISION

| | |
|---|---|
| CHARLES HAWKINS, an individual; and ODESSER H. HAWKINS, an individual,<br><br>Plaintiffs,<br><br>v.<br><br>BANK OF AMERICA N.A., a business entity; SELECT PORTFOLIO SERVICING, INC., a business entity; and DOES 1-50 inclusive,<br><br>Defendants. | Case No. 2:16-cv-00827-MCE-CKD<br><br>**STIPULATED REQUEST TO MODIFY INITIAL PRETRIAL SCHEDULING ORDER; ORDER THEREON**<br><br>(Sacramento Superior Court Case No. 34-2016-00191260)<br><br>Action Filed:    March 4, 2016 |

STOEL RIVES LLP
ATTORNEYS AT LAW
SACRAMENTO

STIPULATION TO MODIFY INITIAL CASE
MANAGEMENT SCHEDULING ORDER; ORDER
THEREON

CASE NO. 2:16-CV-00827-MCE-CKD

90757555.1 0052161-03386

TO THE COURT, ALL PARTIES, AND TO THEIR ATTORNEYS OF RECORD:

Plaintiffs Charles Hawkins and Odesser H. Hawkins (collectively, "Plaintiffs") and Defendant Select Portfolio Servicing, Inc. ("SPS") and Defendant Bank of America, N.A., by and through their counsel of record, hereby recite and stipulate, subject to the Court's approval as provided for herein, as follows:

## RECITALS

1. On March 4, 2016, Plaintiffs filed this action in the Sacramento County Superior Court. ECF No. 1  On April 21, 2016, SPS removed this action to this Court. *Id.*

2. On April 21, 2016, the Court issued an Initial Case Management Scheduling Order. ECF No. 2.  The following deadlines apply pursuant to this Order:

    a. March 6, 2017 deadline to complete fact discovery;

    b. May 5, 2017 deadline to designate expert witnesses; and

    c. September 1, 2017 deadline to file dispositive motions.

3. On May 5, 2016, SPS filed its Motion to Dismiss.  ECF No. 8.

4. On December 19, 2016, Bank of America filed its Answer to Plaintiffs' Complaint.  ECF No. 16.

5. On February 14, 2017, the Court entered its Order denying SPS' Motion to Dismiss.

6. The parties submit that good cause exists to continue for 60-days the March 6, 2017 deadline to complete fact discovery because, in an effort to limit costs and to litigate this action in the most efficient means possible, the Parties had delayed engaging in certain fact discovery while the Court was considering SPS' Motion to Dismiss.

7. Neither party has previously submitted a request to continue any dates in the Initial Pretrial Scheduling Order.

## STIPULATIONS

The Parties stipulate to a 60-day continuance of the March 6, 2017 fact discovery deadline. The Parties also note that continuing the fact discovery deadline will also continue other relevant dates tied to the fact discovery deadline.

Plaintiffs and Defendants so stipulate.

DATED: February 15, 2017      STOEL RIVES LLP


By: /s/ Bryan L. Hawkins
    THOMAS A. WOODS
    BRYAN L. HAWKINS
    Attorneys for Defendant
    SELECT PORTFOLIO SERVICING, INC.

DATED: February 15, 2017      LOUIS AND WHITE, PC


By: /s Andrey R. Yurtsan (as authorized on 2/14/2017)
    ANDREY R. YURTSAN
    Attorneys for Plaintiffs
    CHARLES HAWKINS and ODESSER H. HAWKINS

DATED: February 15, 2017      MCGUIRE WOODS, LLP


By: /s Alison V. Lippa (as authorized on 2/14/2017)
    ALISON V. LIPPA
    Attorneys for Defendant
    BANK OF AMERICA, N.A.

1

**ORDER**

2

3
Pursuant to the terms of the foregoing stipulation, the Court extends the fact discovery deadline 60-days: from March 6, 2017 to May 5, 2017. All other related deadlines in the Initial Case Management Scheduling Order will be based on this extended date.

4

5
IT IS SO ORDERED.

6
Dated: February 22, 2017

7

8
_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

STOEL RIVES LLP
ATTORNEYS AT LAW
SACRAMENTO

STIPULATION TO MODIFY INITIAL CASE MANAGEMENT SCHEDULING ORDER; ORDER THEREON

-3-

CASE NO. 2:16-CV-00827-MCE-CKD

90757555.1 0052161-03386