1
2
3
4
5
6
7

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| CHARLES HAWKINS, an individual; and ODESSER H. HAWKINS, an individual,<br><br>Plaintiffs,<br><br>v.<br><br>BANK OF AMERICA N.A., a business entity; SELECT PORTFOLIO SERVICING, INC., a business entity; and DOES 1-50 inclusive,<br><br>Defendants. | Case No. 2:16-cv-00827-MCE-CKD<br><br>**STIPULATION TO EXTEND TIME TO RESPOND TO COMPLAINT; ORDER THEREON**<br><br>Action Filed:      March 4, 2016 |

**TO THE COURT, ALL PARTIES, AND TO THEIR ATTORNEYS OF RECORD:**

Plaintiffs Charles Hawkins and Odesser H. Hawkins (collectively, "Plaintiffs") and Defendant Select Portfolio Servicing, Inc. ("SPS"), by and through their counsel of record, hereby agree to a 10-day extension of SPS' time to file its Answer to Plaintiffs' Complaint. Pursuant to this Stipulation, SPS' deadline to file its Answer is continued from February 28, 2017, to and through March 9, 2017.

Plaintiffs and Defendant so stipulate.

DATED: February 28, 2017                STOEL RIVES LLP

By: /s/ Bryan L. Hawkins
THOMAS A. WOODS
BRYAN L. HAWKINS
Attorneys for Defendant
SELECT PORTFOLIO SERVICING, INC.

DATED: February 28, 2017                LOUIS AND WHITE, PC

By: /s/ Andrey R. Yurtsan (as authorized on 2/28/2017)
ANDREY R. YURTSAN
Attorneys for Plaintiffs
CHARLES HAWKINS and ODESSER H. HAWKINS

### ORDER

Pursuant to the terms of the foregoing stipulation, and good cause appearing, Defendant Select Portfolio Servicing, Inc.'s deadline to file its Answer to Plaintiffs' Complaint is extended from February 28, 2017 to March 9, 2017.

IT IS SO ORDERED.

Dated: March 3, 2017

MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE