MCGUIREWOODS LLP
ALISON V. LIPPA [CA SBN #160807]
Two Embarcadero Center
Suite 1300
San Francisco, CA 94111
Telephone: 415.844.9944
Facsimile: 415.844.9922
Email: alippa@mcguirewoods.com

Attorneys for Defendant
BANK OF AMERICA, N.A.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHARLES HAWKINS, an individual; and ODESSER H. HAWKINS, an individual,<br><br>Plaintiffs,<br><br>vs.<br><br>BANK OF AMERICA N.A., a business entity; SELECT PORTFOLIO SERVICING, INC., a business entity; and DOES 1-50; inclusive,<br><br>Defendants. | **CASE NO. 2:16-cv-00827-MCE-CKD**<br><br>The Hon. Morrison C. England, Jr.<br>Courtroom 7<br><br>**ORDER GRANTING STIPULATED REQUEST THAT THE CASE BE DISMISSED WITH PREJUDICE**<br><br>[Fed. R. Civ. P. Rule 41(a)] |

  This matter is before the Court regarding the Joint Stipulation of Plaintiffs CHARLES HAWKINS AND ODESSER H. HAWKINS ("Plaintiffs"), and Defendants BANK OF AMERICA, N.A. ("BANA") and SELECT PORTFOLIO SERVICING, INC. ("SPS") collectively "Defendants") to dismiss this case with prejudice after settlement.

  Having considered the Joint Stipulation presented, it appears that good cause exists to dismiss this case with prejudice.

  THEREFORE, IT IS HEREBY ORDERED that

1

**ORDER GRANTING STIPULATED REQUEST THAT THE CASE BE DISMISSED WITH PREJUDICE**

1. The case is dismissed with prejudice after settlement.

2. Each party will bear its own attorneys' fees and costs associated with this case.

3. The matter having now been concluded in its entirety, the Clerk of Court is directed to close the file.

**IT IS SO ORDERED.**

**Dated: November 27, 2017**

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE

# CERTIFICATE OF SERVICE

I hereby certify that November 10, 2017, I electronically filed the foregoing document entitled **[PROPOSED] ORDER GRANTING STIPULATED REQUEST THAT THE CASE BE DISMISSED WITH PREJUDICE** with the Clerk of the Court for the United States District Court, Central District of California using the CM/ECF system and served a copy of same upon all counsel of record via the Court's electronic filing system.

By: /s/ *Alison Lippa*
Alison Lippa